No. 217, Misc.  GORDON v. RAGEN, WARDEN.
Certiorari denied.

No. 218, Misc.  STROEMPLE  v.  MISSOURI.
Certiorari denied.

No. 225, Misc.  KILGORE v. TURNER, WARDEN.
Certiorari denied.

No. 226, Misc.  TAURISANO v. NEW YORK.
Certiorari denied.

No. 239, Misc.  LANE  v.  RAGEN,  WARDEN.
Certiorari denied.

No. 241, Misc.  OWENS v. RAGEN, WARDEN.
Certiorari denied.

No. 246, Misc.  PENLAND v. ASHE, WARDEN.
Certiorari denied.